No. 79–6438. HARRISON *v.* GALLIA COUNTY CHILDREN'S SERVICES BOARD. Ct. App. Ohio, Gallia County. Certiorari denied.

No. 79–6439. MADDOX *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 79–6440. PITTS *v.* REDMAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–6441. GALLIMORE *v.* GARRISON. C. A. 4th Cir. Certiorari denied.

No. 79–6444. WILLIAMS ET AL. *v.* AIR TRANSPORT UNION LOCAL No. 504 ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–6445. MASON *v.* WOLFE. C. A. 4th Cir. Certiorari denied.

No. 79–6451. YOUNG *v.* SHARP, U. S. DISTRICT JUDGE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–6452. HERRINGTON *v.* GRIGGS, SUPERINTENDENT, CALIFORNIA INSTITUTION FOR MEN. C. A. 9th Cir. Certiorari denied.

No. 79–6455. WILLIAMS *v.* LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 79–6457. JOHNSON *v.* CARTER, PRESIDENT OF THE UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6459. HOWELL *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 79–6462. SIMPSON *v.* MINICK, SHERIFF. C. A. 6th Cir. Certiorari denied.